

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-12-00312-CV

## Trial Court No. 3-41481

**Gerald K. Johnson**

**Vs.**

**Frederick M. Evans and Christine G. Evans**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | Gerald K. Johnson |
| Motion fee | $10.00 | Gerald K. Johnson |
| Motion fee | $10.00 | Gerald Johnson |
| Motion fee | $10.00 | Stephen Evans |
| Motion fee | $20.00 | Gerald K. Johnson |
| Motion fee | $10.00 | Gerald Johnson |
| Motion fee | $10.00 | Gerald Johnson |
| Response Filed by Appellant | $10.00 | Gerald K. Johnson |
| Response Filed by Appellee | $10.00 | Stephen Evans |
| Motion fee | $10.00 | Gerald Johnson |
| Motion fee | $10.00 | Gerald Johnson |
| Motion fee | $10.00 | Gerald Johnson |
| Motion fee | $10.00 | Gerald Johnson |
| Indigent | $25.00 | Gerald Johnson |
| Supreme Court chapter 51 fee | $50.00 | Gerald Johnson |
| Filing | $100.00 | Gerald Johnson |
| **TOTAL:** | $320.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 10th day of July 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk

FILE COPY